■ RANJIT S. SACHDEV et al., Appellants, v METRO RESOURCES INC., et al., Respondents. [678 NYS2d 909] —In an action, *inter alia*, to recover damages for breach of contract, the plaintiffs appeal from an order of the Supreme Court, Suffolk County (Berler, J.), dated May 13, 1997, which granted the defendants' motion for a preliminary injunction, and denied their motion, *inter alia*, to declare certain supply agreements unconscionable as a matter of law.

Ordered that the order is affirmed, with costs.

The decision to grant a preliminary injunction is a matter ordinarily committed to the sound discretion of the court hearing the motion (*see, Doe v Axelrod,* 73 NY2d 748, 750). To obtain a preliminary injunction, a party must demonstrate (1) a likelihood of ultimate success on the merits; (2) irreparable harm unless the injunction is granted; and (3) that the equities are balanced in its favor (*see, Aetna Ins. Co. v Capasso,* 75 NY2d 860, 862; *Doe v Axelrod, supra,* at 750). Under the circumstances of this case, the Supreme Court's decision to grant the defendants' motion for a preliminary injunction was not an improvident exercise of discretion.

The plaintiffs' remaining contentions are without merit. O'Brien, J. P., Sullivan, Pizzuto and Florio, JJ., concur.